# EXHIBIT 1



## Notice of Service of Process

null / ALL
Transmittal Number: 23275887
Date Processed: 06/01/2021

| | |
|---|---|
| Primary Contact: | Rosemarie Williams<br>General Motors LLC<br>Mail Code 482-C23-SOP 300 Renaissance CTR<br>300 Renaissance Center<br>Detroit, MI 48265-0001 |
| Entity: | General Motors LLC<br>Entity ID Number  3113523 |
| Entity Served: | General Motors Company LLC |
| Title of Action: | Brown, Courtney; M███ W███ M███ H███ vs. General Motors Company LLC; General Motors Corporation; Mortors Liquidation Company |
| Matter Name/ID: | Brown, Courtney; Ma███ W███ M███ H███ vs. General Motors Company LLC; General Motors Corporation; Mortors Liquidation Company (11276866) |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Personal Injury |
| Court/Agency: | Jefferson Parish District Court, LA |
| Case/Reference No: | 817-707 A |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 05/28/2021 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Michael J Riley Sr Attorney LLC (New Orleans, LA)<br>504-599-5958 |
| Client Requested Information: | Year: 2004<br>Make: Chevrolet<br>Model: Tahoe<br>VIN: 1GNEC13V14R122174 |
| Notes: | Michael J. Riley Sr. Attorney LLC 201 St. Charles Avenue, Suite 2500 New Orleans, LA 70170<br><br>CSC Location document was served: Corporation Service Company 501 Louisiana Avenue Baton Rouge, LA 70802 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

  [SERVICE COPY] / [RETURN COPY] 

(101) CITATION: /PETITION FOR DAMAGES IN WRONGFUL DEATH/VERIFICATION;

210519-3418-6

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

COURTNEY BROWN, W M█████, H█████ M█████

versus

GENERAL MOTORS COMPANY LLC, GENERAL MOTORS CORPORATION, MORTORS LIQUIDATION COMPANY, TOP 2 BOTTOMS MOTORS LLC, XYZ INSURANCE COMPANY

Case: 817-707    Div: "A"
P 1 COURTNEY BROWN

To: GENERAL MOTORS COMPANY LLC
THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE LA 70802

EBR#1037-$77.72

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR WRONGFUL DEATH/VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney MICHAEL J. RILEY and was issued by the Clerk of Court on the 19th day of May, 2021.

/s/ Schlise S Borne
Schlise S Borne, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

---

**SERVICE INFORMATION**

(101) CITATION: /PETITION FOR DAMAGES IN WRONGFUL DEATH/VERIFICATION;

210519-3418-6

Received: _____    Served: _____    Returned: _____

Service was made:
____ Personal         ____ Domiciliary

Unable to serve:
____ Not at this address       ____ Numerous attempts ____ times
____ Vacant                    ____ Received too late to serve
____ Moved                     ____ No longer works at this address
____ No such address           ____ Need apartment / building number
____ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by: _____  # _____
              Deputy Sheriff
Parish of: _____

835

# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

COURTNEY BROWN AS TUTRIX ON BEHALF OF THE
MINOR CHILDREN W▮▮▮ M▮▮ AND H▮▮▮ M▮

817-707

**VERSUS**

GENERAL MOTORS COMPANY LLC, GENERAL MOTORS CORPORATION
(MORTORS LIQUIDATION COMPANY), TOP 2 BOTTOMS MOTORS, LLC
AND XYZ INSURANCE COMPANY

FILED: _____
                                                        DEPUTY CLERK

### PETITION FOR DAMAGES IN WRONGFUL DEATH

NOW INTO COURT, through the undersigned counsel, comes Plaintiff, Courtney Brown as Tutrix on behalf of the minor children W▮▮▮ M▮▮▮ and H▮ M▮ being a person of the full age of majority, domiciled in the Parish of Jefferson, who respectfully represent the following, to-wit:

I.

William H. Marks (Decedent), at the time of this accident, was the biological father of W▮▮▮ M▮ (age 5), and H▮ M▮ (age 2).

II.

Made Defendant herein are:

(1) General Motors LLC, a foreign limited liability company authorized to do and doing business in the State of Louisiana, Jefferson Parish and is engaged in the manufacture, sale, and/or distribution of motor vehicles and related equipment and services.

(2) General Motors Corporation, a foreign limited liability company authorized to do and doing business in the State of Louisiana, Jefferson Parish and is engaged in the manufacture, sale, and/or distribution of motor vehicles and related equipment and services.

(3) Top 2 Bottoms Motors LLC, a limited liability company doing business in the State of Louisiana sale, and/or distribution of motor vehicles and related equipment and services.

1



(4) XYZ Insurance Company, believing herein to be a foreign insurance company, who provided a policy of insurance to defendant, General Motors LLC, General Motors Corporation and/or Top 2 Bottom Motors LLC.

### III.

Defendants herein are individually, jointly, severally and/or in solido liable and indebted unto petitioners for such damages as are reasonable, together with legal interest thereon, from date of judicial demand until paid, and for all costs of these proceeding for the following non-exclusive reasons:

### IV.

That at all times mentioned herein, Defendants, General Motors LLC, General Motors Corporation, in its normal course of business manufactured, sold and distributed a 2004 Chevrolet Tahoe hereafter referred to as "Tahoe".

### V.

That the Tahoe which is the subject of this action was cosigned, sold or otherwise transferred to William H. Marks on about August 23, 2017. Said Tahoe bears the VIN: 1GNEC13V14R122174,

### VI.

That on Sunday, June 21, 2020, at or about 09:32 hours Decedent was traveling on the controlled access Louisiana Highway 3139 northbound, in the right lane, north of Clearview Parkway.

### VII.

The vehicle continued straight through the intersection of Louisiana Highway 3154 the off the roadway over a water retention levee and down a ravine before striking the other side head-on.

### VIII.

The Louisiana Uniform Motor Vehicle Traffic Crash Report Narrative Supplement states the Decedent succumbed to numerous blunt force trauma injuries.

### IX.

The Louisiana Uniform Motor Vehicle Traffic Crash Report states in the "Damage To Vehicle" section that the Tahoe:



2

(1) Front End of Tahoe sustained Very Sever Deformity.

(2) Undercarriage of Tahoe sustained Sever Deformity.

(3) Driver side front of Tahoe Sever Deformity.

X.

Crash Report states that the speed involved in this accident was estimated at 75 mph.

XI.

In accordance with a valid Search and Seizure Warrant issued (LSP_2020_003718) information was obtained from the Data System onboard the Tahoe.

XII.

Review of the Airbag Control Module and others date system information show that the Airbags for driver protection, on the Tahoe, did not deploy.

XIII.

The driver front and side airbags in the Tahoe should have deployed.

XIV.

Decedent' injuries were compounded by the failure of the Tahoe airbags to deploy.

XV.

The airbags installed by the Defendant herein on the Tahoe fail to deploy as set forth in the 2004 Chevrolet Tahoe/Suburban Owner Manual, which states "Frontal air bags for the driver and right front passenger are designed to deploy only in moderate to severe frontal and near frontal crashes."

XVI.

In or about October 2021, Defendant, General Motors LLC and/or General Motors Corporation issued a recall for six (6) million vehicles in the United States related to airbag inflators.

XVII.

In 2015, Defendants were informed that General Motors front passenger airbags inflators were defective.

## XVIII.

Defendants, General Motors LLC and/or General Motors Corporation, designed, engineered, manufactured, tested, assembled, marketed, advertised, inspected, maintained, sold, distributed and/or constructed the subject Tahoe.

## XIX.

Defendants, General Motors LLC and/or General Motors Corporation, designed, engineered, manufactured, tested, assembled, marketed, advertised, inspected, maintained, sold, distributed, constructed and placed on market and in the stream of commerce, a defective product, the subject Tahoe, which was unreasonable dangerous to consumer, knowing that the product would reach, and did reach, the ultimate consumer.

## XX.

Defendants knew or should have known that the ultimate users or consumers of this product would not, and could not, inspect the vehicle so as to discover the non-obvious and latent defects as described herein. The Tahoe was defective when it left the control of the Defendants and remained in that condition until the time of the accident.

## XXI.

Defendants knew or should have known of the substantial dangers involved in the reasonably foreseeable use of the Tahoe, whose defective manufacture, design, construction and lack of warning allowed the Tahoe to cause and/or exacerbate decedent' injuries.

## XXII.

Decedent was a reasonably foreseeable user of the Tahoe.

## XXIII.

The Tahoe was, at the time of Decedent' injuries and death, being used in the manner intended by the Defendants and in a manner that was reasonably foreseeable by the Defendants involving a substantial danger not readily apparent if warning of the dangers were not given.



### XXIV.

At the time the Tahoe was manufactured, the vehicle contained manufacturing and design defects which rendered the vehicle unreasonably dangerous and, on information belief, the Tahoe was not made in accordance with Defendants' specifications or performance standard.

### XXV.

On information and belief, this Tahoe manufactured by Defendants was defective in design, construction or composition in that, when it left the hands of Defendants it deviated in a material way from Defendants' performance standards.

### XXVI.

The Tahoe herein, was also unreasonably dangerous in design in that, at the time the vehicle left the Defendants control, there existed an alternative design for the vehicle that was capable of preventing Decedent death.

### XXVII.

Alternative designs to correct the subject vehicle were not only feasible but were currently utilized by Defendants and the adoption of an alternative design would have had no effect on the subject vehicle's overall utility.

### XXVIII.

The burden on Defendants to adopt an alternative design is outweighed by the Tahoe's unreasonably dangerous propensity to cause serious personal injuries.

### XXIX.

Decedent' death was the legal and proximate result of Defendants' manufacturing defects, Defendants' failure to adopt a reasonably feasible alternative design to eliminate the defects in the vehicle and Defendants' failure to provide adequate warnings of the risk of substantial harm associated with the foreseeable use of the subject vehicle.

### XXX.

Plaintiffs reserve the right to trial by jury herein.



WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this Petition and that, after due proceeding had, there be judgment herein in favor of the Plaintiffs, COURTNEY BROWN AS TUTRIX ON BEHALF OF THE MINOR CHILDREN W█████ M███ AND H█████ M███ and against Defendants, General Motors LLC, General Motors Corporation, Top 2 Bottom Motors LLC and XYZ Insurance Company, in an amount sufficient to satisfy the jurisdictional limits of this Court that are reasonable in the premises and to entitle Plaintiffs to a Trial by Jury, together with legal interest thereon from date of judicial demand until paid, reasonable attorney fees and all cost of these proceeding. Plaintiffs further pray for all general and equitable relief.

Respectfully Submitted,

*[signature]*

MICHAEL J. RILEY, SR. (#11274)
MICHAEL J. RILEY SR. ATTORNEY LLC
201 St. Charles Avenue, Suite 2500
New Orleans, LA    70170
Telephone: (504)599-5958
Facsimile: (504)283-8833
Email: mjriley@mjrileylaw.com
*Attorney for Plaintiffs*

Please Serve:
General Motors LLC
Through its registered agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA. 70802

And

Motors Liquidation Company
General Motors Corporation
Through its registered agent:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, La. 70816

And

Top 2 Bottom Motors LLC
Through its registered agent:
Leneka Kelly
120 Trafalgar Sq.
Slidell, LA 70461

HOLD SERVICE ON: XYZ Insurance Company



702

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

COURTNEY BROWN AS TUTRIX ON BEHALF OF THE MINOR CHILDREN W███ M█████ AND H█████ M███

817-707           **VERSUS**           A

GENERAL MOTORS COMPANY LLC, GENERAL MOTORS CORPORATION (MORTORS LIQUIDATION COMPANY), TOP 2 BOTTOMS MOTORS, LLC AND XYZ INSURANCE COMPANY

FILED: _____
                                    DEPUTY CLERK

### VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### COURTNEY BROWN

who, after first being duly sworn, did depose and state that:

She is the Plaintiffs as Tutrix on Behalf of the minor children W███ M█ and H█ M█ in the pleading above; that all allegations of fact made in the pleading are true and correct to the best of her knowledge, information and belief.

                                    _____
                                    COURTNEY BROWN

SWORN TO AND SUBSCRIBED before
me on this ___ day of April 2021,
At New Orleans, Louisiana.

_____
Michael J. Riley, Sr. (Bar No. 11274)
Notary Public
Commission Expires At Life

7


05/19/2021 10:56:11 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:2170698

# EXHIBIT 2

6/21/2021 Commercial - Search

State of Louisiana
Secretary of State



**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| TOP 2 BOTTOM MOTORS LLC | Limited Liability Company | SLIDELL | Inactive |

**Previous Names**

**Business:** TOP 2 BOTTOM MOTORS LLC
**Charter Number:** 41507372K
**Registration Date:** 4/29/2014
**Domicile Address**
    400 GARRETT RD.
    SLIDELL, LA 70458
**Mailing Address**
    P.O. BOX 314
    SLIDELL, LA 70459

## Status

| Status: | **Inactive** |
|---|---|
| **Inactive Reason:** | **Action by Secretary of State** |
| **File Date:** | 4/29/2014 |
| **Last Report Filed:** | 7/26/2018 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| Agent: | LENEKA KELLY |
|---|---|
| Address 1: | 120 TRAFALGAR SQ |
| City, State, Zip: | SLIDELL, LA 70461 |
| Appointment Date: | 12/14/2016 |

## Officer(s)

**Additional Officers: No**

| Officer: | LENEKA KELLY |
|---|---|
| Title: | Manager, Member |
| Address 1: | 120 TRAFALGAR SQ |
| City, State, Zip: | SLIDELL, LA 70461 |

| Officer: | JOLYN DAVENPORT |
|---|---|
| Title: | Member |
| Address 1: | 1018 MC BETH CT |
| City, State, Zip: | SLIDELL, LA 70461 |

6/21/2021 Commercial - Search

## Amendments on File (4)

| Description | Date |
|---|---|
| Domestic LLC Agent/Domicile Change | 8/13/2014 |
| Domestic LLC Agent/Domicile Change | 12/5/2016 |
| Domestic LLC Agent/Domicile Change | 12/14/2016 |
| Revoked | 7/8/2019 |

Print